UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VORTEXA INC.,

                Plaintiff,

-against-

JOSEPH CACIOPPO,

                Defendant.

Case No. 24-cv-02065

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The parties shall appear for a status conference to discuss scheduling for the present preliminary injunction motion, via Microsoft Teams, on April 11, 2024 at 12:00 p.m.  Counsel will receive login credentials at the email addresses on the docket.  The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

    IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order (together with the login credentials for the conference) to Defendant and submit proof of such service by April 10, 2024.

Dated:  April 8, 2024
        New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge